IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* NURDEEN MUSTAFA,

      Plaintiffs,

v.                              Case No. 6:10-cv-414-Orl-31DAB

SAMIR NAJJAR AND            Proposed Order
LEE NAJJAR,

      Defendants.

## WRIT OF ATTACHMENT

To:    Samir Najjar
       7700 Carriage Homes Drive, Unit 4
       Orlando, Florida 32819

       Lee Najjar
       490 West Paces Ferry Rd.
       Atlanta, Georgia 30305

This matter is before the Court on the application for a Prejudgment Writ of Attachment

against the property of LN Watertank Grove LLC, of 4475 Rivergreen Parkway, Suite 100,

Duluth, Georgia 30096, which was filed by the United States of America in conjunction with a

complaint to recover damages under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and other

causes of action. The United States seeks to attach the following property:

> Parcel number 27-28-24-000000-01310 in Polk County, Florida, on Hatchineha
> Road in the city of Haines City, which has the following condensed legal
> description: E3/4 OF E1/2 OF NW1/4 OF NE1/4 LESS RD R/W

Whereupon the Court, having considered the application for a Prejudgment Writ of Attachment

against the property of the Defendants, and the supporting affidavits and exhibits, and being duly

advised in the premises, now finds that the requirements of 28 U.S.C. §§ 3101 and 3102 are satisfied. Accordingly,

IT IS ORDERED THAT a Writ of Prejudgment Attachment shall, and hereby does, issue against the aforesaid described property of the Defendants.

IT IS FURTHER ORDERED THAT the attachment shall not exceed property reasonably valued (including existing encumbrances) in excess of $10,054,426.50.

IT IS FURTHER ORDERED THAT the Defendants shall not sell, dispose of, mortgage or otherwise encumber the aforesaid described property, until further order of the Court.

IT IS SO ORDERED this _13_ day of ___Oct___, 2011.

United States District Judge

- 2 -