IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* NURDEEN MUSTAFA,

    Plaintiffs,

v.                              Case No. 6:10-cv-414-Orl-31DAB

SAMIR NAJJAR AND
LEE NAJJAR,

    Defendants.

**WRIT OF ATTACHMENT**

To:    Samir Najjar
          7700 Carriage Homes Drive, Unit 4
          Orlando, Florida 32819

          Lee Najjar
          490 West Paces Ferry Rd.
          Atlanta, Georgia 30305

      This matter is before the Court on the application for a Prejudgment Writ of Attachment against the property of LN Citrus Grove LLC, of 4475 Rivergreen Parkway, Suite 100, Duluth, Georgia 30096, which was filed by the United States of America in conjunction with a complaint to recover damages under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and other causes of action. The United States seeks to attach the following property:

> Parcel number 31-16-33-00-00-0015 in Volusia County, Florida, in the city of Port Orange, which has the following condensed legal description: 31-16-33 E 1/2 OF NE 1/4 N OF AIRPORT RD EXC PT PER OR 3834 PG 1344 & & EXC PT PER OR 3974 PG 1673 & PT N OF RD IN S3/5 OF N 5/8 IN W 1/2 OF E 1/2 PER OR 4378 PG 3599 PER OR 5554 P G 4187 PER OR 5950 PGS 4926-4928 INC PER OR 5988 PG 4521-4523

Whereupon the Court, having considered the application for a Prejudgment Writ of Attachment against the property of the Defendants, and the supporting affidavits and exhibits, and being duly advised in the premises, now finds that the requirements of 28 U.S.C. §§ 3101 and 3102 are satisfied. Accordingly,

IT IS ORDERED THAT a Writ of Prejudgment Attachment shall, and hereby does, issue against the aforesaid described property of the Defendants.

IT IS FURTHER ORDERED THAT the attachment shall not exceed property reasonably valued (including existing encumbrances) in excess of $10,054,426.50.

IT IS FURTHER ORDERED THAT the Defendants shall not sell, dispose of, mortgage or otherwise encumber the aforesaid described property, until further order of the Court.

IT IS SO ORDERED this 18 day of Oct, 2011.

United States District Judge