IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* NURDEEN MUSTAFA,

    Plaintiffs,

v.                              Case No. 6:10-cv-414-Orl-31DAB

SAMIR NAJJAR AND
LEE NAJJAR,

    Defendants.

**WRIT OF ATTACHMENT**

To:    Samir Najjar
        7700 Carriage Homes Drive, Unit 4
        Orlando, Florida 32819

        Lee Najjar
        490 West Paces Ferry Rd.
        Atlanta, Georgia 30305

    This matter is before the Court on the application for a Prejudgment Writ of Attachment against the property of LN Watertank Grove LLC, of 4475 Rivergreen Parkway, Suite 100, Duluth, Georgia 30096, which was filed by the United States of America in conjunction with a complaint to recover damages under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and other causes of action.  The United States seeks to attach the following property:

> Parcel number 27-28-24-000000-013020 in Polk County, Florida, on Hatchineha Road in the city of Haines City, which has the following condensed legal description: E1/2 OF E1/2 OF W1/2 OF NW1/4 OF NE1/4 & W1/2 OF W1/2 OF E1/2 OF NW1/4 OF NE1/4 & N 31 FT OF W1/4 OF E1/2 OF SW1/4 OF NE1/4 & N 31 FT OF E1/4 OF W1/2 OF SW1/4 OF NE1/4 LESS R/W ON SR S-542

Whereupon the Court, having considered the application for a Prejudgment Writ of Attachment against the property of the Defendants, and the supporting affidavits and exhibits, and being duly advised in the premises, now finds that the requirements of 28 U.S.C. §§ 3101 and 3102 are satisfied. Accordingly,

IT IS ORDERED THAT a Writ of Prejudgment Attachment shall, and hereby does, issue against the aforesaid described property of the Defendants.

IT IS FURTHER ORDERED THAT the attachment shall not exceed property reasonably valued (including existing encumbrances) in excess of $10,054,426.50.

IT IS FURTHER ORDERED THAT the Defendants shall not sell, dispose of, mortgage or otherwise encumber the aforesaid described property, until further order of the Court.

IT IS SO ORDERED this 18 day of Oct, 2011.

_____
United States District Judge