# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**and NURDEEN MUSTAFA ,**

                    **Plaintiffs,**

**-vs-**                                            Case No.  6:10-cv-414-Orl-31DAB

**SAMIR NAJJAR and LEE NAJJAR,**

                      **Defendants.**
_____/

## ORDER

Upon consideration of the Government's Notice Regarding Hearing for Preliminary Injunction (Doc. 71), it is hereby

**ORDERED** that the temporary restraining order (Doc. 22) entered on October 5, 2011 and extended on October 13 (Doc. 29) and by consent on October 24 (Doc. 59) will expire by its terms and will not be converted into a preliminary injunction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 18, 2011.

                                                              GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party