# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA and**
**NURDEEN MUSTAFA,**

      **Plaintiffs,**

**v.**                                                                            **Case No: 6:10-cv-414-Orl-31DAB**

**SAMIR NAJJAR, LEE NAJJAR,**

      **Defendants.**

## ORDER

This matter comes before the Court on the Motion to Compel Mediation With Magistrate (Doc. 157) filed by the Government. Because this case has been stayed since December 2012 (Doc. 133, 153), the parties have not attempted mediation as required by the Case Management and Scheduling Order (Doc. 98). Accordingly, it is hereby

**ORDERED** that the Motion to Compel Mediation With Magistrate (Doc. 157) is **GRANTED.** All parties to the instant case – including the Government, Relator, and both Defendants – shall participate in mediation before a United States Magistrate Judge on or before September 30, 2013. The parties shall attend the mediation fully prepared and with complete authority to reach a settlement in the matter.[1]  And it is further

---

[1] As set forth in footnote 1 to the motion, the Government will be permitted to have Jonathan Gold, Katherine Ho, and Randy Harwell attend the mediation, so long as the person with full settlement authority (*i.e.*, the Director of the Commercial Litigation Branch for the Fraud Section) is available by telephone.

**ORDERED** that, pursuant to random selection by the Clerk's Office, the mediation will be conducted by the Honorable Philip R. Lammens of the United States District Court for the Middle District of Florida, Ocala Division.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties