# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA and**
**NURDEEN MUSTAFA,**

          **Plaintiffs,**

**v.**                                            **Case No:  6:10-cv-414-Orl-31DAB**

**SAMIR NAJJAR and LEE NAJJAR,**

          **Defendants.**

_____

## ORDER

On August 23, 2013, the Court entered a consent judgment (Doc. 158) in regard to Defendant Samir Najjar.  The Court certified the consent judgment as a final judgment pursuant to Fed.R.Civ.P. 54(b) after finding that "there is no just reason for delay".  (Doc. 158 at 2).  Although the text of the rule does not require an explanation of the basis for such a finding, the parties have indicated that the Court of Appeals prefers that the District Court provide this information to facilitate review.  Accordingly, the Court amends its previously entered order (Doc. 158) to include the following bases for the finding that there is no just reason for delay:

As things now stand, the dispute between the Plaintiffs and Samir Najjar is distinct from the dispute between the Plaintiffs and the other Defendant, Lee Najjar.  Samir Najjar has settled with the Plaintiffs and agreed to plead guilty; Lee Najjar is continuing to contest the merits of the Plaintiffs' case.  In addition, Samir Najjar indicated that the lack of finality in this case was the reason he had not entered his guilty plea in the criminal case.  Thus, final resolution of the issues presented in this case appears likely to facilitate resolution of the criminal case.  Similarly, the Government indicates that the proposed settlement with Lee Najjar contemplates the judgment

against Samir Najjar already being in place, and thus finality as to that judgment may also facilitate resolution of the proceedings as to Lee Najjar.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2013.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties